# Third District Court of Appeal

**State of Florida**


Opinion filed March 22, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-53
Lower Tribunal No. 08-46281-A
_____


**Juan Joel Molina,**
Appellant,

vs.

**The State of Florida,**
Appellee.



An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Rodolfo Ruiz, Judge.

Juan Joel Molina, in proper person.

Pamela Jo Bondi, Attorney General, for appellee.


Before LAGOA, SALTER, and EMAS, JJ.

LAGOA, J.

Juan J. Molina appeals the trial court's order denying his motion to correct an illegal sentence. We affirm. We write only to commend the trial court on its well-written order, which facilitated this Court's review.